# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D2025-0414

———————————————

ALBERT MICHAEL DAMELIO, IV,

Appellant,

v.

MELISSA DAMELIO,

Appellee.

———————————————

On appeal from the Circuit Court for Leon County.
Robert R. Wheeler, Judge.

November 14, 2025

PER CURIAM.

AFFIRMED.

LEWIS, KELSEY, and TREADWELL, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Albert Michael Damelio, IV, pro se, Appellant.

Daniel Phillips of Phillips Law, Tallahassee, for Appellee.